```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
OKECHUKWU AKOMA,                                            :
                                                            :
                                Plaintiff,                  :
                                                            :      23-CV-10181 (VSB)
                -against-                                   :
                                                            :           ORDER
NEW YORK CITY HEALTH AND                                    :
HOSPITALS CORPORATION and                                   :
BELLEVUE HOSPITAL CENTER                                    :
CATHETER LAB,                                               :
                                Defendants.                 :
                                                            :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff filed this action on November 20, 2023, (Doc. 1), and filed affidavits of service on November 30, 2023, (Doc. 9), and December 5, 2023, (Doc. 10.) On December 20, 2023, Defendants filed a motion for an extension of time to file an answer or otherwise respond to the complaint, (Doc. 11), which I granted on December 21, 2023, (Doc. 12). Pursuant to Doc. 12, the deadline for Defendants to respond to Plaintiff's complaint was January 25, 2024. To date, Defendants have not responded to the complaint or requested a further extension of the deadline by which to do so. According, it is hereby:

ORDERED that Defendants shall answer or otherwise respond to the complaint on or before February 9, 2024.

IT IS FURTHER ORDERED that if Defendants fail to answer or otherwise respond to the complaint by February 9, 2024, and if Plaintiff fails to demonstrate that he intends to

prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   January 29, 2024
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge