

**THE CITYOF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ZACHARY T. ELLIS**
*Assistant Corporation Counsel*
Labor and Employment Law Division
(212) 356-0839
zellis@law.nyc.gov

January 12, 2026

**<u>Via CM/ECF</u>**
Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 228
New York, New York 10007

> Re:    *Akoma v. New York City Health and Hospitals Corporation*, et al.
> Case No. 1:23-CV-10181-VSB-JW
> Law Dep't File No. 2023-110648

Dear Judge Willis:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing Defendants, the New York City Health and Hospitals Corporation, doing business as NYC Health + Hospitals ("H+H"), and the Bellevue Hospital Center Catheter Lab (collectively, "Defendants"), in the above-referenced matter. In accord with the Court's Order of November 4, 2025, *see* ECF No. 58, Defendants submit this letter to respectfully request that the Court extend the deadline to complete fact discovery until and including January 23, 2026. Defendants further request that the conference scheduled for January 15, 2026, be adjourned until a date after February 6, 2026, as undersigned counsel will be on trial from January 26, 2026, through February 6, 2026.

Undersigned counsel was out of the office this morning and, therefore, unavailable to meet and confer with Plaintiff's counsel until after Plaintiff filed her own letter with the Court earlier today. *See* ECF No. 59. Since then, the parties have discussed the status of this case and Plaintiff Okechukwu Akoma ("Plaintiff") consents to the requests herein.

Defendants have made some progress in procuring Plaintiff's medical records. Specifically, undersigned counsel has spoken with a representative from New York Sports and Joints Orthopedic Specialists and anticipates having Plaintiff's medical records therewith shortly. Furthermore, Defendants are making a last attempt to reach Plaintiff's other medical providers.

Finally, Defendants note that their Motion to Dismiss the Amended Complaint has been fully submitted as of June 12, 2024.

I thank the Court for its consideration of these requests.

Respectfully submitted,

/s/
ZACHARY T. ELLIS
Assistant Corporation Counsel

cc:     Susan Lori Adler (via ECF)
        The Law Offices of Robert M. Fox
        *Counsel for Plaintiff*
        630 Third Avenue
        New York, New York 10017
        (212) 867-9595
        nycsa@aol.com

The parties' request for an extension of fact discovery to January 23, 2026 is GRANTED *nunc pro tunc*. The parties are reminded that any future requests for adjournments or extensions of time must be filed on ECF **at least two days before the original deadline**. See Willis Individual Practices for Civil Cases § I.C.

Additionally, the parties' request to adjourn the January 15 post-discovery conference is **GRANTED**. The conference is adjourned to **February 9, 2026 at 3:00 PM**. **Parties are directed to dial +1 646-453-4442 and enter 953 999 95#.** The parties are also ordered to submit a joint status letter, no more than two pages, by **February 2, 2026** providing a status of discovery, any agenda items they would like to discuss at the February 9th conference, and confirming whether the February 9th conference is still necessary.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
January 13, 2026

2