

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

## THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY T. ELLIS**
*Assistant Corporation Counsel*
Labor and Employment Law Division
(212) 356-0839
zellis@law.nyc.gov

January 12, 2026

<u>**Via CM/ECF**</u>

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 228
New York, New York 10007

> Re:   *Akoma v. New York City Health and Hospitals Corporation*, et al.
>       Case No. 1:23-CV-10181-VSB-JW
>       Law Dep't File No. 2023-110648

Dear Judge Willis:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing Defendants, the New York City Health and Hospitals Corporation, doing business as NYC Health + Hospitals ("H+H"), and the Bellevue Hospital Center Catheter Lab (collectively, "Defendants"), in the above-referenced matter.  In accord with the Court's Order of January 13, 2026, *see* ECF No. 61, Defendants submit this letter to inform the Court of the status of discovery and to respectfully request, that the Court stay the deadline for the parties to move for summary judgment pending Judge Vernon S. Broderick's ruling on Defendants' Motion to Dismiss the Amended Complaint, which motion has been fully submitted as of June 12, 2024.  In the event that the Court grants the requested stay, Defendants further respectfully request that the status conference currently scheduled for February 9, 2026, be adjourned until after the Court has ruled on Defendants' Motion to Dismiss the Amended Complaint.  Plaintiff Okechukwu Akoma ("Plaintiff") consents to both of these requests, with the stipulation that, even if the requested stay is requested, Defendants continue to search for responsive documents and supplement their document production in this case as necessary, to which stipulation Defendants readily agree.

Since the Court last extended the fact-discovery deadline, Defendants have received and produced medical records in response to two of Plaintiff's four HIPAA authorizations.  Defendants have not received any medical records in response to Plaintiff's two other HIPAA authorizations;

however, Defendants note that Plaintiff himself produced medical records from one of those two other medical providers.

Regarding Defendants' consent motion for a stay, because Defendants' Motion to Dismiss the Amended Complaint could eliminate claims or the entire case, staying the summary-judgment deadline pending Judge Broderick's ruling on the motion to dismiss would promote judicial economy and avoid unnecessary costs. Indeed, it is far more efficient for the Court to determine the adequacy of Plaintiff's allegations before the parties engage in time-consuming summary-judgment practice. *See Taylor v. Dir. Harold W. Clarke*, No. 7:22-cv-00158, 2023 WL 2761141, 2023 U.S. Dist. LEXIS 57664, at *4 (W.D. Va. Mar. 31, 2023) ("Also pending before the court is a motion to stay by defendant Wilkens, which seeks to stay briefing on Taylor's motion for summary judgment pending a ruling on Wilkens's motion to dismiss. The court agrees that the requested stay is appropriate.").

I thank the Court for its consideration of these requests.

Respectfully submitted,

/s/
ZACHARY T. ELLIS
Assistant Corporation Counsel

cc:    Susan Lori Adler (via ECF)
       The Law Offices of Robert M. Fox
       *Counsel for Plaintiff*
       630 Third Avenue
       New York, New York 10017
       (212) 867-9595
       nycsa@aol.com

> These requests are GRANTED. The post-discovery conference scheduled for February 23, 2026 is adjourned *sine die* and the deadline to move for summary judgment is STAYED until an order on Defendants' motion to dismiss is issued. The parties are directed to reach out to the undersigned within a week of an issuance of an MTD order to schedule a post-discovery conference. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> February 20, 2026

2