**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 OKECHUKWU AKOMA,

                            Plaintiff,

        -against-                                  23 **CIVIL** 10181 (VSB)

                                                    **JUDGMENT**

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, BELLEVUE HOSPITAL
CENTER CATHETER LAB,

                           Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 30, 2026, Defendants' motion to dismiss is GRANTED as to Plaintiff's federal claims against all Defendants and GRANTED as to all of Plaintiff's claims against Defendant Catheter Lab, and these claims are dismissed with prejudice. Plaintiff's state law claims against Defendant HHC are dismissed without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2026

                                          **TAMMI M. HELLWIG**

                                            **Clerk of Court**

                 **BY:**               K. Mango

                                              **Deputy Clerk**